1   Thomas W. McLane, WSBA No. 12226
    ALLEN & McLANE, P.C.
2   The Paulsen Center, Suite 421
    421 W. Riverside Avenue
3   Spokane, WA 99201
    Telephone: (509) 777-2211
4   Facsimile: (509) 777-2215

5   Attorneys for Defendant

6

7

8                   UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF WASHINGTON
9

10  CHRISTIAN J. RODGERS, an          )
    individual,                       )   Case No.: CV-06-94-FVS
                                      )
11                                    )
                 Plaintiff,           )   **ORDER OF DISMISSAL**
                                      )   **WITH PREJUDICE**
12                                    )
                                      )
13          vs.                       )
                                      )
14  COVER ALL, INC., foreign          )
    corporation registered to do      )
15  business in the state of          )
    Washington,                       )
16                                    )
                                      )
17               Defendant.           )
                                      )
18  _____

19          Pursuant to the Stipulation for Order of Dismissal of the Plaintiff

20  and Defendant,

21          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

22  the above-entitled action be dismissed with prejudice and without

23  costs or attorneys fees to any party.

24
    / / / /
25

[PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE - Page 1

1    Dated this 1st day of August, 2006.

2                            s/ Fred Van Sickle, United States District Judge

3    _____

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE - Page 2

**ALLEN & McLANE, P.C.**
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2006 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following, and/or caused to be served a true and correct copy of the foregoing on the following in the manner indicated below:

Christine M. Weaver        __X__ Electronically
Crystal B. Spielman        _____ U.S. Mail
LAW OFFICE OF        _____ Hand Delivery
   CHRISTINE M. WEAVER, P.S.        _____ Facsimile
9011 E. Valleyway Ave.        _____ Overnight Mail
Spokane Valley, WA 99212

s/ Thomas W. Thomas
Thomas W. McLane, WSBA No. 12226
Attorney for Defendant
ALLEN & McLANE, P.C.
The Paulsen Center, Suite 421
421 W. Riverside Avenue
Spokane, WA  99201
Telephone:  (509) 777-2211
Facsimile:   (509) 777-2215
E-Mail:  twm@allenmclane.com

[PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE - Page 3

**ALLEN & McLANE, P.C.**
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215